IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| **PRIMACY ENGINEERING, INC.,** | § § § § § | |
| **Plaintiff,** | § § | |
| vs. | § § | Civil Action No. 1:18-cv-00129-RP |
| **SAN ENGINEERING; CHI WON LEE,** an individual; **JK OCEANICS, LLC,** | § § § § | |
| **Defendants.** | § | |

**ORDER GRANTING PLAINTIFF'S OPPOSED EMERGENCY MOTION FOR LEAVE TO CONDUCT JURISDICTIONAL AND FORUM NON CONVENIENS DISCOVERY AND TO EXTEND RESPONSE DEADLINE**

Before the Court is Plaintiff Primacy Engineering, Inc.'s ("Primacy") Motion for Leave to Conduct Jurisdictional and Forum Non Conveniens Discovery. Earlier in this action, Defendant SAN Engineering ("SAN") filed a motion to dismiss, (Dkt. 33), in which it argues that the Court lacks personal jurisdiction over it and that the case should be dismissed under the doctrine of *forum non conveniens*. The Court agrees that limited discovery is warranted.

The Court **GRANTS** Primacy Engineering Inc.'s Motion for Leave to Conduct Jurisdictional and Forum Non Conveniens Discovery and to Extend Response Deadline, and **ORDERS** as follows:

(1) Primacy will be permitted to conduct depositions by telephone or video-conference of Myung Won Lee. The scope of this deposition will be limited to questions relevant to the jurisdiction and venue issues raised by SAN's motion. Primacy's question time will be limited to two hours;

(2) Primacy will be permitted to serve five interrogatories and five requests for production. The scope of this discovery will be limited by relevance to the jurisdiction and venue issues raised by SAN's motion;

(3) the discovery granted herein will be completed within sixty days of this Order and will not count against the generally-applicable limits on Primacy's discovery in the case;

(4) Primacy's deadline to respond to SAN's motion to dismiss will be seventy-five days after this Order; and

(5) Primacy will be allowed to amend its Complaint within seventy-five days of the Court's Order.

SIGNED on February 28, 2019

_____
ROBERT PITMAN
UNITED STATES DISTRICT JUDGE